UNITED STATES DISTRIT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONI M. JONES,

    Plaintiff,

v                                                            Case No. 16-cv-12399
                                                                 HON. GERSHIN A. DRAIN

STENGER & STENGER, PC. et al.,

    Defendant.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On August 18, 2016, the Court issued an order requiring Plaintiff to show cause why this matter should not be dismissed for failure to prosecute. Plaintiff has not responded to the Order, and the time to do so has expired.

Accordingly, it is ordered that this case is dismissed without prejudice. *See Link v. Wabash R.R. Co.,* 370 U.S. 626, 630-631 (1962).

Dated: August 10, 2017                                     s/Gershwin A. Drain
                                                                 GERSHWIN A. DRAIN
                                                                   United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 10, 2017.

                                                                                      s/Tanya R. Bankston
                                                                                      TANYA R. BANKSTON
                                                                                       Case Manager